## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

**FARM CREDIT SERVICES OF AMERICA, FLCA,**

          **Plaintiff,**

    **vs.**

**LACI A. SCHAFER,**

          **Defendant.**

**8:25CV280**

**ORDER**

The Court held a telephone conference with counsel for the parties on February 25, 2026, regarding written discovery disputes. The parties submitted a joint position statement and other documents to the Court in advance of the hearing; the Court reviewed all the pre-hearing submissions but is only attaching the position statement to this Order, as the other attachments are voluminous.  The Court's rulings on the parties' disputes were stated on the record during the call, which will be uploaded as a separate audio file.  In accordance with the Court's rulings during the conference,

1. Defendant's objection to Plaintiff's proposed subpoena to third-party U.S. Cellular regarding the five phone numbers included in group plan is overruled.  Plaintiff is given leave to serve the subpoena and move to compel compliance, if necessary.

2. Defendant's objection to Plaintiff's Request for Production ("RFP") No. 13 is granted as the RFP is overbroad for the reasons stated on the record.

3. Defendant's objections to RFPs 2, 5, 7, and 9 are overruled.

4. Defendant shall provide Plaintiff with proposed ESI search terms and protocols by February 27, 2026.  Plaintiff shall respond to Defendant on or before March 4, 2026. The parties shall meet and confer to agree upon the search terms and protocols by March 11, 2025.  The deadline for Defendant's supplemental responses to Plaintiff's RFPs is March 25, 2026.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge