**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

**FARM CREDIT SERVICES OF AMERICA, FLCA,**

**Plaintiff,**

**vs.**

**LACI A SCHAFER,**

**Defendant.**

**8:25CV280**

**ORDER**

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on November 17, 2026, and continued through November 24, 2026. Accordingly,

**IT IS ORDERED:**

1. On or before **January 25, 2027**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 24th day of November, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge